# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Calvin Matthews, et al., | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiffs, | ) | CV-09-2326-PHX-FJM |
| | ) | |
| v. | ) | |
| | ) | |
| NPMG Acquisition Sub, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

___   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.


IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed September 13, 2011,  judgment is entered in favor of defendant and against plaintiffs. Plaintiffs to take nothing, and complaint and action are dismissed.

                                                                        RICHARD H. WEARE
                                                                        District Court Executive/Clerk

September 13, 2011

                                                                        s/L. Dixon
                                                                        By: Deputy Clerk


cc: (all counsel)