1  Philip J. Nathanson
   **THE NATHANSON LAW FIRM**
2  8326 East Hartford Drive - Suite 101
   Scottsdale, AZ 85255
3  Tel:  480-419-2578
   Fax: 480-419-4136
4  E-Mail: philipj@nathansonlawfirm.com

5
                IN THE UNITED STATES DISTRICT COURT
6                      DISTRICT OF ARIZONA

7  CALVIN MATTHEWS, TYRONE           No. 09-CV-2326-PHX-FJM
   HUNT, AND MICHAEL BUCKNER,
8
                Plaintiffs,          **PLAINTIFFS' NOTICE OF APPEAL**
9
10 v.

11 NPMG ACQUISITION SUB, LLC,

12              Defendant.

13

14      Notice is hereby given that Plaintiffs, CALVIN MATTHEWS, TYRONE HUNT,

15 and MICHAEL BUCKNER, in the above-named case, pursuant to 28 U.S.C. §1291,

16 hereby appeal to the United States Court of Appeals for the Ninth Circuit, from:

17
       1. The District Court's September 13, 2011, Order and September 13, 2011,
18        Judgment granting defendant's motion for summary judgment and dismissing
          the action with prejudice.
19
20     2. The District Court's July 30, 2011, Order granting defendant's F.R.Civ.P. 12(b)(6)
          motion to dismiss the Complaint.
21
       Plaintiffs request the Court of Appeals to reverse the foregoing Opinions, Orders
22
23 and Judgments, and remand this case to the District Court for further proceedings

24 consistent with the reversal.
                                     CALVIN MATTHEWS, et al.
25
                                          /s/Philip J. Nathanson
26                                   By: _____
                                          Her Attorney

1

**CERTIFICATE OF SERVICE**

2

I, Philip J. Nathanson, an attorney, certify that I caused a copy of this Notice of

3

Appeal to be served upon the attorneys for the parties of record, electronically, by filing

4

the same with the District of Arizona's CM-ECF online system on September 23, 2011.

5

6

/s/Philip J. Nathanson

7

By: _____

Her Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26